**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

May 09 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

**USA v.** MICHAEL ANDREW COHEN

**CASE NUMBER:** 3:24-cr-00263 MMC

CR

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No | |
| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Wendy M. Garbers

**Date Submitted:** 5/7/2024

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM     SAVE PDF

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

**FILED**

May 09 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

MICHAEL ANDREW COHEN

DEFENDANT(S).

## INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 7th day of

May 2024

*Brenda Lopez*

Clerk

Bail, $ No Bail

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

**FILED**

May 09 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   3:24-cr-00263 MMC |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; |
| MICHAEL ANDREW COHEN, | 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

Beginning on a date unknown, but no later than on or around October 2023 and continuing through on or about November 1, 2023, in the Northern District of California, the defendant,

MICHAEL ANDREW COHEN,

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce and was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of

INDICTMENT

a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION:      (18 U.S.C. § 2253(a))

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Indictment, the defendant,

MICHAEL ANDREW COHEN,

shall forfeit to the United States of America:

    a.   any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c.   any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

    a.   and Apple iPhone 14 Pro Max seized from 400 Beale Street, Apt. 512, San Francisco, CA 94105, on November 1, 2023;

    b.   an Apple iPhone 7 Plus seized from 400 Beale Street, Apt. 512, San Francisco, CA 94105, on November 1, 2023; and

    c.   an Apple iPhone SE seized from 400 Beale Street, Apt. 512, San Francisco, CA 94105, on November 1, 2023.

If any of the property described above, as a result of any act or omission of the defendant:

    a.   cannot be located upon exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

INDICTMENT                                        2

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:        May 7, 2024                                                A TRUE BILL.


                                                                        _/s/_____
                                                                        FOREPERSON


ISMAIL J. RAMSEY
United States Attorney


_Wendy M. Garbers_____
WENDY M. GARBERS
Assistant United States Attorney

INDICTMENT                                        3

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
                                     ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

### OFFENSE CHARGED

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
- 20 years' imprisonment
- Life (max); 5 years (min)
- $250,000 fine
- $5,100 mandatory special assessment
- $17,000 additional special assessment (18 U.S.C. § 2259A)

### DEFENDANT - U.S

▶ MICHAEL ANDREW COHEN

DISTRICT COURT NUMBER
3:24-cr-00263 MMC

**FILED**

May 09 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI, SA Sebastian Stanley

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    ISMAIL J. RAMSEY

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Wendy M. Garbers

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments: